IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM MONROE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-06-635-M |
| ) | |
| GREG HAMILTON, Sheriff, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On July 14, 2006, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that this action be dismissed without prejudice to refiling based upon Plaintiff's failure to pay the partial filing fee or to show good cause for such failure. Plaintiff was advised of his right to object to the Report and Recommendation by August 3, 2006.[1] A review of the file reveals that no objection has been filed and Plaintiff has still not paid the partial filing fee.

Accordingly, upon *de novo* review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on July 14, 2006; and

(2) DISMISSES this action without prejudice to refiling based upon Plaintiff's failure to pay the partial filing fee or to show cause for such failure.

**IT IS SO ORDERED this 26th day of September, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

---

[1]On August 22, 2006, Plaintiff was granted an extension of time until September 22, 2006, to file his objections.